**ORDERED ACCORDINGLY.**
The fourteen day automatic stay applies to this order.

Dated: September 27, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**



# TIFFANY & BOSCO
#### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19369

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Jeffrey Lynn Shoemaker<br>            Debtors.<br>_____<br>U.S. Bank National Association as Trustee for JPM ALT 2006-A2<br>            Movant,<br>      vs.<br>Jeffrey Lynn Shoemaker<br>Debtors; Constantino Flores, Trustee.<br>            Respondents. | No. 2:10-bk-22114-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #10)<br><br>Hearing Date: September 17, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 15, 2006, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association as Trustee for JPM ALT 2006-A2 is the current beneficiary and Jeffrey Lynn Shoemaker have an interest in, further described as:

Lot 371, COUNTRY PLACE THREE, according to Book 252 of Maps, page 9, records of Maricopa County, Arizona

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.